IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MATTHEW BRAMMER, | ) | Case No. 1:16-CV-1170 |
| | ) | |
| Plaintiff, | ) | JUDGE SUSAN J. DLOTT |
| | ) | |
| v. | ) | Magistrate Judge Karen L. Litkovitz |
| | ) | |
| UNUM LIFE INSURANCE COMPANY | ) | **PROPOSED ORDER GRANTING** |
| OF AMERICA, | ) | **MOTION TO FILE ADMINISTRATIVE** |
| | ) | **RECORD UNDER SEAL** |
| Defendant. | ) | |

This matter came before the Court upon Defendant's Motion to File the Administrative Record Under Seal (the "Motion"). The Court has reviewed the Motion and finds it well taken. Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that the Motion is GRANTED, and Defendant Unum Life Insurance Company of America may file the Administrative Record under seal.

IT IS SO ORDERED.

\_\_6/7/17_____
DATE                                                   MAGISTRATE JUDGE KAREN L. LITKOVITZ

00400316-1